People v Turner (2024 NY Slip Op 02548)

People v Turner

2024 NY Slip Op 02548

Decided on May 8, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 8, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
ROBERT J. MILLER
LILLIAN WAN, JJ.

2023-02209

[*1]The People of the State of New York, respondent,
v
Justin Turner, appellant. (S.C.I. No. 71219/22)

Richard L. Herzfeld, New York, NY, for appellant.
Miriam E. Rocah, District Attorney, White Plains, NY (Raffaelina Gianfrancesco of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Alexandra D. Murphy, J.), imposed January 18, 2023, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The sentence imposed was not excessive (see People v Suitte , 90 AD2d 80).
DILLON, J.P., CHAMBERS, MILLER and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court